UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America | ) | CR. NO.: 3:02-548-CMC |
| | ) | |
| v. | ) | |
| | ) | **OPINION and ORDER** |
| Darren White, | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

This matter is before the court on Defendant's motion to Strike. Dkt. #3480. Defendant's motion is dated May 20, 2011; however, the envelope in which it arrived is post-marked June 17, 2011, and it was received by the undersigned on June 22, 2011.[1]

On June 17, 2011, Defendant's motion for relief under § 2255 was dismissed with prejudice. Defendant had received an extension of time through May 20, 2011, to file a response to the Government's motion for summary judgment, which he did not do. Even construing Defendant's motion to strike as a motion for reconsideration, Defendant fails to show any disputed issue of material fact or point to any legal infirmities which would lead this court to reconsider the ruling of June 17, 2011.

Defendant's motion to strike is, accordingly, **denied**.

 **IT IS SO ORDERED.**

s/ Cameron McGowan Currie<br>
CAMERON MCGOWAN CURRIE<br>
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
July 11, 2011

---

[1] The docket indicates the motion's filing date as June 28, 2011. However, it was received in chambers by the undersigned on June 22, 2011 and was forwarded to the Clerk for filing on June 28, 2011.

1